No. 96–8732. EDWARDS ET AL. v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 931.] Motion for appointment of counsel granted, and it is ordered that Robert A. Handelsman, Esq., of Chicago, Ill., be appointed to serve as counsel for peti-

tioner Joseph Tidwell in this case. Motion for appointment of counsel granted, and it is ordered that Mark D. DeBofsky, Esq., of Chicago, Ill., be appointed to serve as counsel for petitioner Reynolds Wintersmith in this case.